IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANYA NICOLE SAUERMILCH PEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>TIMOTHY WIGGINS,<br><br>        Defendant. | **8:20CV424**<br><br>**ORDER** |

Now that the Court of Appeals' mandate has issued, and this court's judgment dismissing the above-captioned case has been summarily affirmed on appeal,

IT IS ORDERED:

1. Plaintiff's motion to amend complaint (Filing 8) is denied.

2. Plaintiff's motion for miscellaneous relief (Filing 18) is denied.

3. Plaintiff's motion to withdraw document (Filing 21) is denied.

Dated this 5th day of January, 2021.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge